IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NATHAN S. LEE     :

       Plaintiff,     :

v.     :     Civil Action No. 3:13cv687

GREEN TREE SERVICING, LLC, *et al.*     :

       Defendants.     :

## ORDER

CAME NOW the Plaintiff, Nathan S. Lee, by counsel, and moved this Court for leave to dismiss count nine of his Complaint.

For good cause shown, it is hereby ORDERED that the Plaintiff's Motion for Leave to Dismiss Count Nine of His Complaint is GRANTED and Count Nine of his Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/
_____
Henry E. Hudson
United States District Judge

Richmond, Virginia
Date: April 21, 2014